UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHIGAN LABORERS' PENSION
FUND, TRUSTEES OF, et al.,

        Plaintiffs,

v.

SNOWDEN, INC.,

        Defendant.
_____/

Case No. 2:18-cv-00176-PLM-TPG

U.S. District Judge: Paul L. Maloney
Magistrate Judge: Timothy P. Greeley

## CONSENT JUDGMENT AGAINST DEFENDANT SNOWDEN, INC.

Based on Plaintiffs' and Defendant's stipulations and Settlement Agreement:

IT IS ORDERED AND ADJUDGED that Defendant Snowden, Inc., shall pay Plaintiffs the sum of **$140,883.90**, for the period April 2012 through September 2017.

IT IS FURTHER ORDERED AND ADJUDGED that:

1. The Settlement Agreement, incorporated into this Order, is between Plaintiffs and Defendant. Any party to the Settlement Agreement may enforce this Consent Judgment according to the terms of the Settlement Agreement; and

2. If Defendant fully satisfies the terms of the Settlement Agreement, Plaintiffs and Defendant may submit a stipulated order vacating this Consent Judgment.

3. This Court retains jurisdiction to enforce this Consent Judgment and the Settlement Agreement.

Dated: February 15, 2019

/s/ Paul L. Maloney
Paul L. Maloney
U.S. District Judge

Agreed as to form and substance:

**FOR PLAINTIFFS:**

*/s/Lauren E. Crummel*
Christopher P. Legghio (P27378)
Lauren E. Crummel (P73333)
Megan B. Boelstler (P79125)
Legghio & Israel, P.C.
306 South Washington Avenue, Suite 600
Royal Oak, MI 48067-3837
(248) 398-5900
cpl@legghioisrael.com
crummel@legghioisrael.com
mbb@legghioisrael.com
Date: February 1, 2019

**FOR DEFENDANT:**

*/s/Robert E. McCarthy*
Robert McCarthy
Robert E. McCarthy and Associates
411 West Lake Lansing Road, Suite C-110
East Lansing, MI 48823-8531
(517) 337-2000
robert@bmccarthylaw.com
Date: January 31, 2019

*/s/Malcolm McKinnon*
Malcolm McKinnon
McKinnon & McKinnon
148 East Grand River Avenue
P.O. Box 102
Williamston, MI 48895-8400
(517) 349-0780
malcmckin@aol.com
Date: January 31, 2019

**DEFENDANT:**

*/s/Randy Snowden*
Snowden, Inc.
Date: January 28, 2019